**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**Central** District of **California**

Case number (*If known*): _____    Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy       12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    **GLC Operations, Inc.**

**2. All other names debtor used in the last 8 years**    **fka Green Lien Collections, Inc.**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)    **80-0288709**

**4. Debtor's address**

**Principal place of business**

**16530 Ventura Boulevard**
Number   Street
**Suite 408**

**Encino**       **CA**    **91436**
City            State    ZIP Code

_____ County

**Mailing address, if different from principal place of business**

_____ _____
Number   Street

_____
P.O. Box

_____ _____ _____
City    State   ZIP Code

**Location of principal assets, if different from principal place of business**

_____ _____
Number   Street

_____ _____ _____
City    State   ZIP Code

**5. Debtor's website** (URL)    **www.werglc.com**

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:

Debtor  GLC Operations, Inc.                                                                                Case number (*if known*)_____
      Name

### . Describe debtor's business

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

**5614**

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply*:
  - ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities
  - ☐ Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

If more than 2 cases, attach a separate list.

- ☒ No
- ☐ Yes.  District _____  When _____  Case number _____
                                             MM / DD / YYYY
           District _____  When _____  Case number _____
                                             MM / DD / YYYY

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

List all cases. If more than 1, attach a separate list.

- ☒ No
- ☐ Yes.  Debtor _____  Relationship _____
           District _____  When _____
                             MM / DD / YYYY
           Case number, if known _____

Debtor  GLC Operations, Inc.　　　　　　　　　　　　　　　　　　　　　Case number *(if known)*_____
　　　　Name

| 11. **Why is the case filed in *this district*?** | *Check all that apply:* |
|---|---|
| | ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No |
|---|---|
| | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　　　　　　　　　　　　　Number　　　Street

　　　　　　　　　　　　　_____
　　　　　　　　　　　　　City　　State　　ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
　　　　Contact name _____
　　　　Phone _____

## Statistical and administrative information

| 13. **Debtor's estimation of available funds** | *Check one:* |
|---|---|
| | ☒ Funds will be available for distribution to unsecured creditors. |
| | ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. **Estimated number of creditors** | ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|
| | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | ☐ 200-999 | | |

| 15. **Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☒ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor  GLC Operations, Inc.                                                                                        Case number (*if known*)_____
      Name

| 16. Estimated liabilities | | | |
|---|---|---|---|
| | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☒ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of the debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **1/29/2016**
           MM / DD / YYYY

✗ **/s/ Andrew McNeil**
   Signature of authorized representative of debtor

**Andrew McNeil**
Printed name

Title **Chief Financial Officer**

**18. Signature of attorney**

✗ **/s/ Leonard M. Shulman**
   Signature of attorney for debtor

Date **1/29/2016**
     MM / DD / YYYY

**/s/ Leonard M. Shulman**
Printed name
**Shulman Hodges & Bastian LLP**
Firm name
**100 Spectrum Center Drive, Suite 600**
Number    Street
**Irvine, CA 92618**
City    State    ZIP Code

**949-340-3400**
Contact phone
**126349**
Bar number

**lshulman@shbllp.com**
Email address
**CA**
State

**Fill in this information to identify the case:**

Debtor name **GLC Operations, Inc.**

United States Bankruptcy Court for the **Central** District of **California**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Conexem Software, LLC Attn: Bassel Salloum 4175 E. LaPalma Avenue Suite 215 Anaheim, CA  92807 | Conexem Software, LLC Attn:  Bassel Salloum 4175 E. LaPalma Avenue Suite 215 Anaheim, CA  92807 Tel:  (714) 729-0121 Fax: (714) 729-0334 Email: bassel@conexem.com | Trade | Contingent Unliquidated Disputed | | | $200,000.00 |
| 2 | Russakow & Tan, LLP Attn: Mark L. Russakow, Esq./Lisa Tan, Esq. 790 E. Green Street Pasadena, CA  91101 | Russakow & Tan, LLP Attn: Mark L. Russakow, Esq./ Lisa Tan, Esq. 790 E. Green Street Pasadena, CA  91101 Tel:  (626) 683-8869 Fax:  (626) 683-8870 Email: mrussakow@russakowtran.com ltran@russakowtran.com | Attorney for Conexem Software, LLC | | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 3 | King, Cheng & Miller, LLP<br>Attn:  Katharine A. Miller, Esq.<br>201 S. Lake Avenue Suite 706<br>Pasadena, CA  91101 | Katharine A. Miller, Esq.<br>King, Cheng & Miller, LLP<br>201 S. Lake Avenue Suite 706<br>Pasadena, CA  91101<br><br>Tel:  (626) 304-9001<br>Fax:  (626) 304-9002<br>Email: kamiller@kcmlaw.net | Attorney for Conexem Software, LLC | | | | |
| 4 | Alpert Barr & Grant APC<br>Attn:  Adam Grant<br>6345 Balboa Blvd. Suite 300<br>Encino, CA  91316 | Alpert Barr & Grant APC<br>Attn:  Adam Grant<br>6345 Balboa Blvd. Suite 300<br>Encino, CA  91316<br><br>Tel:  (818) 881-5000<br>Fax:  (818) 881-1150<br>Email: agrant@alpertbarr.com | Professional services | Disputed | | | $150,000.00 |
| 5 | Miller Health Law Group<br>Attn:  Mike Thornhill, Esq. and Jeremy Miller, Esq.<br>1901 Avenue of the Stars, Suite 1750<br>Los Angeles, CA 90067 | Miller Health Law Group<br>Attn:  Mike Thornhill, Esq. and Jeremy Miller, Esq.<br>1901 Avenue of the Stars, Suite 1750<br>Los Angeles, CA  90067<br><br>Tel: (310) 277-9003<br>Fax: (310) 277-8214<br>Email: info@millerhealthlaw.com | Professional services | Disputed | | | $56,757.54 |
| 6 | Logan Herrera & Associates<br>Attn:  Liza<br>1100 S. Hope Street, Suite 1606<br>Los Angeles, CA 90012 | Logan Herrera & Associates<br>Attn:  Liza<br>1100 S. Hope Street, Suite 1606<br>Los Angeles, CA  90012<br><br>Tel: (323) 345-6575<br>Fax:  (323) 248-7638<br>Email: liza@loganherreraassociates.com | Professional services | Disputed | | | $35,000.00 |

| | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number, and email address of creditor contact** | **Nature of the claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 7 | Ali A. Dini MD<br>Minhoo Haratian<br>16260 Ventura Blvd., Suite 625<br>Encino, CA  91436 | Ali A. Dini MD<br>Minhoo Haratian<br>16260 Ventura Blvd., Suite 625<br>Encino, CA  91436<br><br>Tel:  (818) 784-1020<br>Fax:  unknown<br>Email:  unknown | Trade | Disputed | | | $16,000.00 |
| 8 | Law Offices of Siegel & Siegel<br>6355 Topanga Canyon Blvd., Suite 255<br>Woodland Hills, CA 91367 | Law Offices of Siegel & Siegel<br>6355 Topanga Canyon Blvd., Suite 255<br>Woodland Hills, CA  91367<br><br>Tel:  (818) 593-2100<br>Fax:  (818) 593-2180<br>Email:  unknown | Attorney for Ali A. Dini MD and Minhoo Haratian | | | | |
| 9 | XO Communications<br>Attn:  Collection Dept./Brittany McCann<br>818 W. 7th St., Suite 980<br>Los Angeles, CA 90017 | XO Communications<br>Attn:  Collection Dept./Brittany McCann<br>818 W. 7th St., Suite 980<br>Los Angeles, CA  90017<br><br>Tel:  (800) 421-3872<br>Fax: (615) 850-0382<br>Email: Brittany.mccann@xo.com | Trade | Disputed | | | $6,000.00 |
| 10 | Secure Tech<br>Attn: Bruce Aronson<br>25132 Running Horse Road<br>Santa Clarita, CA 91321 | Secure Tech<br>Attn:  Bruce Aronson<br>25132 Running Horse Road<br>Santa Clarita, CA  91321<br><br>Tel:  (800) 773-2873<br>Fax: (888) 773-2873<br>Email: unknown | Trade | Disputed | | | $3,200.00 |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Leonard M. Shulman – Bar No. 126349**<br>**SHULMAN HODGES & BASTIAN LLP**<br>**100 Spectrum Center Drive, Suite 600**<br>**Irvine, California 92618**<br>**Telephone:   (949) 340-3400**<br>**Facsimile:   (949) 340-3000**<br>**Email:         lshulman@shbllp.com** | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION**

| In re:<br>**GLC OPERATIONS, INC.,**<br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>**ATTACHMENT TO VOLUNTARY PETITION**<br>**FOR NON-INDIVIDUAL FILING FOR BANKRUPTCY**<br>**UNDER CHAPTER 11**<br>[*If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this form shall be completed and attached to the petition.*] |
|---|---|

**NOT APPLICABLE**

1. If any of the Debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.
   a. Total assets                                                             $_____
   b. Total debts (including debts listed in 2.c., below)    $_____
   c. Debt securities held by more than 500 holders

| | | | Approximate number of holders: |
|---|---|---|---|
| ☐ secured  ☐ unsecured  ☐ subordinated | $ | | |
| ☐ secured  ☐ unsecured  ☐ subordinated | $ | | |
| ☐ secured  ☐ unsecured  ☐ subordinated | $ | | |
| ☐ secured  ☐ unsecured  ☐ subordinated | $ | | |
| ☐ secured  ☐ unsecured  ☐ subordinated | $ | | |

   c. Number of shares of preferred stock _____
   d. Number of shares of common stock _____ Comments, if any:

3. Brief description of the Debtor's business:

4. List the names of any persons who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of the Debtor:

---

*December 2015* **Official Form 201A**